FILED

2000 APR -6

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DR. VINCENT DILEO** | **CIVIL ACTION** |
| **VERSUS** | **NO: 00-0101** |
| **LIBERTY MUTUAL INSURANCE COMPANY** | **SECTION: "S" (2)** |

### ORDER

**IT IS HEREBY ORDERED** that Plaintiff Dr. Vincent Dileo's

Motion for Remand (Document #30) is dismissed without prejudice

pending the United States Supreme Court's ruling in the *Abbott*

*Laboratories* case, **reserving to movants the right to reurge if**

**necessary.**

New Orleans, Louisiana, this 5th day of April, 2000.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY

APR 0 7 2000