```
                                    UNITED STATES DISTRICT COURT
                                             FILED

                                          May 12, 2000

                                    EASTERN DISTRICT OF LOUISIANA
                                          Loretta G. White
                                               Clerk
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DR. VINCENT DILEO, JR.                              CIVIL ACTION

VERSUS                                              NO. 00-0101

LIBERTY MUTUAL INSURANCE CO.                        SECTION "S"


PRELIMINARY CONFERENCE NOTICE

A PRELIMINARY CONFERENCE will be held BY TELEPHONE on June 6, 2000 at 3:15 p.m. for the purpose of scheduling discovery deadlines, a pre-trial conference and trial date. You must return the attached questionnaire 5 days before the preliminary conference.

TRIAL COUNSEL or a representative who if fully acquainted with all details of the case and authorized to enter into any necessary agreements must participate in the conference. Any motion to Continue must be filed one week prior to the above date.

May 12, 2000

David Stechmann (504) 589-7690
Courtroom Deputy, Section "S"

NOTICE:
COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE

COUNSEL ARE HEREBY NOTIFIED THAT, UPON WRITTEN REQUEST JOINED BY ALL PARTIES FOLLOWING A RULE 26(f) CONFERENCE, A JUDICIAL OFFICER WILL CONDUCT A CONFERENCE IN LIEU OF THE ABOVE REFERENCED PRELIMINARY CONFERENCE TO ESTABLISH A SPECIAL CASE MANAGEMENT AND SCHEDULING ORDER, UPON A SHOWING THAT THE COMPLEXITY OR SIMPLICITY OF THE CASE, ITS ANTICIPATED DISCOVERY NEEDS, OR OTHER FACTORS MAKE SUCH A CONFERENCE DESIRABLE.

```
__FEE_____
X_PROCESS_____
X_CHARGE___DS_____
__INDEX_____
__ORDER_____
X_HEARING__DS____
DOCUMENT NO.__6__
```

CASE NO. _____ "S"   UNITED STATES DISTRICT COURT    SUBMITTED BY:_____
                         EASTERN DISTRICT OF LOUISIANA    _____

1.   Is this a jury or non-jury trial?            Jury___   Non-jury___

2.   How many days do you estimate for trial?     _____

3.a. Realistically, when do you think that this
     case will be ready to go to trial?           _____

  b. Has this case previously been continued by
     the court?                                   Yes___         No___

  c. Would all parties consent to trial before a
     magistrate in order to have the earliest
     trial date?                                  Yes___         No___

4.   Has a firm demand for settlement been
     submitted?                                   Yes___         No___
     Responded to?                                Yes___         No___

  a. Would all parties consent to referral to
     a magistrate for settlement conference?      Yes___         No___

  b. Would all parties submit to arbitration
     or mediation?                                Yes___         No___

5.   Are any further amendments to pleadings
     anticipated?                                 Yes___         No___

6.   Is discovery complete?                       Yes___         No___

7.   Have all expert reports been exchanged?      Yes___         No___

8.   Are there any pending motions?               Yes___         No___

  a. Under submission? (list)
     _____
     _____

  b. Awaiting hearing? (list)
     _____
     _____

  c. Can this case be disposed of by Summary
     Judgment?                                    Yes___         No___

9.a. Do you anticipate any special problems in
     the trial of this case?                      _____

  b. On a scale of 1 - 10 how difficult are
     the legal issues?                            _____