FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN -2 A 10: 35

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DR. VINCENT DILEO | * | NO. 00-0101 SECTION "S" |
| | * | |
| VS. | * | MAGISTRATE 2 |
| | * | |
| LIBERTY MUTUAL INSURANCE COMPANY | * | |
| | * | |

## JOINT MOTION TO CONTINUE PRELIMINARY CONFERENCE

**NOW INTO COURT**, through undersigned counsel, comes Dr. Vincent Dileo and Liberty Mutual Insurance Company who move to continue the preliminary conference in this matter from June 6, 2000 to June 22, 2000 in order for the District Judge to preside over the preliminary conference and set deadlines related to this matter.

**WHEREFORE**, Dr. Vincent Dileo and Liberty Mutual Insurance Company pray that the Court enter an order resetting the preliminary conference for June 22, 2000, at a time to be set by the Court.

DATE OF ENTRY
JUN 12 2000

By: _____
David M. Bienvenu, Jr., No. 20700
451 Florida Street, 8th Floor
P. O. Box 2471
Baton Rouge, LA 70821

**Attorneys for Liberty Mutual Insurance Company**

By: _____
Keith P. Richards
RICHARDS LAW FIRM, APLC
521 Europe Street
Baton Rouge, LA  70802

**Attorney for Dr. Vincent Dileo**

## - CERTIFICATE -

I certify that a copy of the foregoing was this day mailed, postage prepaid, to all counsel of record to:

David J. Maraldo
4051 Veterans Blvd. Suite 208
Metairie, LA 70002

Richard C. Trahant
2955 Ridgelake Drive, Suite 112
Metairie, LA 70002

Edward J. Walters, Jr.
Steven C. Thompson
MOORE, WALTERS, & THOMPSON
6513 Perkins Road
Baton Rouge, LA 70808

Baton Rouge, Louisiana, this _____ day of June, 2000.

_____
David M. Bienvenu, Jr.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DR. VINCENT DILEO | * | NO. 00-0101 SECTION "S" |
| | * | |
| VS. | * | MAGISTRATE 2 |
| | * | |
| LIBERTY MUTUAL INSURANCE COMPANY | * | |
| | * | |

## ORDER

Considering the foregoing Joint Motion to Continue Preliminary Conference:

**IT IS HEREBY ORDERED** that the preliminary conference in the above captioned matter is continued from June 6, 2000 and is reset for June 22, 2000 at 11:15 o'clock a m. *before the Courtroom deputy by telephone.*

This 12 day of June, 2000, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE