MINUTE ENTRY
VIAL LEMMON, J.
JUNE 22, 2000



UNITED STATES DISTRICT COURT
FILED
June 22, 2000
EASTERN DISTRICT OF LOUISIANA
Loretta G. Whyte
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DR. VINCENT DILEO, JR.                    CIVIL ACTION

VERSUS                                     NO. 00-0101

LIBERTY MUTUAL INSURANCE COMPANY          SECTION: "S"(2)

    A Preliminary Conference was held this date. Participating were: Edward Walters, Jr., Richard Trahant, Keith Richards, Scott Labarre, and Wendell Gauthier for Plaintiff. William S. McKenzie, David Bienvenu, Jr., and Russell Yager for Defendant.

    The preliminary conference is continued to after the class certification hearing. Parties will file a motion for class certification hearing and proposed cut-off dates.

DATE OF ENTRY
JUN 2 3 2000

Fee _____
Process _____
X Dktd ___16___
CtRmDep _____
Doc.No. ___10___