

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DR. VINCENT DILEO | * | |
| | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0101 |
| | * | |
| LIBERTY MUTUAL INSURANCE COMPANY | * | SECTION "S"(2) |
| | * | |

*********************************************************************************

### EX-PARTE MOTION AND ORDER TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel of record, comes plaintiff, DR. VINCENT DILEO, who respectfully moves this Honorable Court, <u>ex parte</u>, for an order enrolling Wendell H. Gauthier and Scott LaBarre of the law firm of Gauthier, Downing, LaBarre, Beiser & Dean as co-counsel with Richard C. Trahant, for the plaintiff in this matter.

Respectfully submitted,

_____
**RICHARD C. TRAHANT (Bar #22653)**
808 North Causeway Boulevard
Metairie, Louisiana 70001
Phone: (504) 831-4357

DATE OF ENTRY
JUN 23 2000

_____
**WENDELL H. GAUTHIER (Bar #5984)**
**SCOTT LABARRE (Bar #17659)**
GAUTHIER, DOWNING, LABARRE,
  BEISER & DEAN
3500 North Hullen Street
Metairie, Louisiana 70002
Phone: (504) 456-8600
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties via telefax, hand delivery, or by depositing same in the U.S. Mail, postage prepaid, this 21st day of June, 2000.

_____

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DR. VINCENT DILEO | * | |
| | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0101 |
| | * | |
| LIBERTY MUTUAL INSURANCE | * | |
| COMPANY | * | SECTION "S"(2) |

*******************************************************************************

## O R D E R

The foregoing considered;

**IT IS ORDERED** that Wendell H. Gauthier and Scott LaBarre, of the law firm of Gauthier, Downing, LaBarre, Beiser & Dean, be enrolled as co-counsel of record with Richard C. Trahant, on behalf of the plaintiff in the above-entitled and numbered pleadings.

**NEW ORLEANS, LOUISIANA,** this _23_ day of _June_, 2000

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA