

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUL 10 AM 11: 15

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DR. VINCENT DILEO, JR., | § | CIVIL ACTION |
| | § | |
| Plaintiff, | § | NO. 00-0101 |
| | § | |
| VS. | § | SECTION: "S" (2) |
| | § | |
| LIBERTY MUTUAL INSURANCE | § | UNITED STATES DISTRICT |
| COMPANY, | § | JUDGE MARY ANN VIAL LEMMON |
| | § | |
| Defendant. | § | MAGISTRATE JOSEPH C. WILKINSON, JR. |

**AGREED MOTION FOR ENTRY OF RULE 16 SCHEDULING ORDER**

Plaintiff Dr. Vincent Dileo, Jr. and Defendant Liberty Mutual Insurance Company respectfully move this Court to enter the attached Rule 16 Scheduling Order and would show the Court as follows:

Counsel for Plaintiff and Defendant have agreed upon the dates for class certification proceedings set forth in the proposed Rule 16 Scheduling Order attached hereto.

When counsel for Plaintiff and Defendant conferred with Courtroom Deputy David Stechmann on June 22, 2000, it appeared that the Court would be able to convene an evidentiary hearing on Plaintiff's class-certification motion on April 5, 2001. Accordingly, the proposed Rule

DATE OF ENTRY
JUL 1 4 2000

Fee_____
Process___
X /Dktd____
✓ CtRmDep__
__ Doc.No.___

1

16 Scheduling Order attached hereto provides for the Court to conduct such a hearing on that day. Recognizing that the hearing could require a full day, the parties respectfully request that the Court set aside the entirety of April 5, 2001, to conduct an evidentiary hearing addressing class-certification.

WHEREFORE PREMISES CONSIDERED, the parties request that the Court enter the attached Rule 16 Scheduling Order.

Respectfully submitted,

_____
W. Shelby McKenzie, No. 10020
David M. Bienvenu, Jr., No. 20700
TAYLOR, PORTER, BROOKS
& PHILLIPS, L.L.P.
451 Florida Street, 8th Floor
P.O. Box 2471
Baton Rouge, LA 70821
Telephone: (225) 387-3221
Facsimile: (225) 346-8049

Robert C. Walters
Russell Yager
Keefe M. Bernstein
VINSON & ELKINS L.L.P.
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 220-7700
Telecopy: (214) 999-7716

*Attorneys for Defendant Liberty Mutual Insurance Company*

/s/ *(signature)*

Keith P. Richards, Bar No. 22564
RICHARDS LAW FIRM, APLC
521 Europe Street
Baton Rouge, Louisiana 70802
Telephone: (225) 334-9222
Facsimile: (225) 334-9290

Edward J. Walters, Jr., Bar No. 13214
Steven C. Thompson, Bar No. 14469
MOORE, WALTERS & THOMPSON, A
PROFESSIONAL CORPORATION
6513 Perkins Road
Baton Rouge, Louisiana 70808
Telephone: (225)766-1100
Facsimile: (225) 767-4486

Richard C. Trahant, Bar No. 22653
808 North Causeway Boulevard
Metairie, Louisiana 70001
Telephone: (504) 831-4357
Facsimile: (504) 833-1329

Wendell H. Gauthier, Bar No. 5984
Scott LaBarre, Bar No. 17659
GAUTHIER, DOWNING, LABARRE,
BEISER & DEAN
3500 North Hullen Street
Metairie, Louisiana 70002
Telephone: (504) 456-8600
Facsimile: (504) 456-8624

David J. Maraldo, Bar No. 24541
DAVID J. MARALDO A PROFESSIONAL
LAW CORPORATION
4051 Veterans Blvd., Suite 208
Metairie, Louisiana 70002
Telephone: (504) 454-2769
Facsimile: (504) 454-3855

*Attorneys for Plaintiff Dr. Vincent Dileo, Jr.*

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DR. VINCENT DILEO, JR., | § | CIVIL ACTION |
| | § | |
| Plaintiff, | § | NO. 00-0101 |
| | § | |
| VS. | § | SECTION: "S" (2) |
| | § | |
| LIBERTY MUTUAL INSURANCE | § | UNITED STATES DISTRICT |
| COMPANY, | § | JUDGE MARY ANN VIAL LEMMON |
| | § | |
| Defendant. | § | MAGISTRATE JOSEPH C. WILKINSON, JR. |

## RULE 16 SCHEDULING ORDER

The following schedule shall govern class-certification proceedings in this action:

1. June 8, 2000 — Fact discovery concerning class certification issues only shall be deemed to have begun on this date.

2. October 6, 2000 — All motions to amend pleadings and/or to join new parties shall be filed by this date.

3. October 6, 2000 — Plaintiff shall designate his expert witnesses, if any, concerning class certification issues only. Such designation shall be in writing, with expert reports complying with FED. R. CIV. P. 26(a)(2). Any deposition(s) of the Plaintiff's expert(s) shall be completed by November 3, 2000.

| | | |
|---|---|---|
| 4. | November 17, 2000 | Defendant shall designate its expert witnesses, if any, concerning class certification issues only. Such designation shall be in writing, with expert reports complying with FED. R. CIV. P. 26(a)(2). Any deposition(s) of the Defendant's expert(s) shall be completed by December 15, 2000. |
| 5. | December 1, 2000 | Fact discovery concerning class certification issues only shall be completed by this date. |
| 6. | January 2, 2001 | Plaintiff shall file his motion and brief in support of class certification. |
| 7. | February 13, 2001 | Defendant shall file its brief in opposition to class certification. |
| 8. | March 6, 2001 | Plaintiff shall file his reply to Defendant's brief in opposition to class certification. |
| 9. | April 5, 2001 | The Court shall conduct an evidentiary hearing on Plaintiff's Motion for Class Certification; provided that, for good cause shown, the Court will adjust the hearing date as needed to provide sufficient time for a full and fair hearing of Plaintiff's motion for class certification. |

The above schedule pertains to class certification issues only. Within 10 days after receipt of the Court's ruling on class certification, the parties will meet and confer with respect to a discovery schedule to govern the remainder of the case. Within 10 days following such conference, the parties shall submit a joint discovery/trial plan to the Court.

SIGNED on July 13, 2000.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

Dallas 385705 1

2