

FILED

JUL 3  1 06 PM '00

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DR. VINCENT DILEO | * | NO. 00-0101 SECTION "S" |
| | * | |
| VS. | * | MAGISTRATE 2 |
| | * | |
| LIBERTY MUTUAL INSURANCE | * | |
| COMPANY | * | |

### MOTION TO ENROLL COUNSEL PRO HAC VICE

**NOW INTO COURT**, through undersigned counsel, comes **LIBERTY MUTUAL INSURANCE COMPANY**, which respectfully moves that Robert C. Walters, Russell Ray Yager and Keefe Michael Bernstein, of the law firm of Vinson & Elkins, be granted permission to appear and participate pro hac vice before this Court as counsel for and on behalf of Liberty Mutual Insurance Company in the above numbered and entitled manner and, in support thereof, states the following:

1.

That Robert C. Walters, Russell Ray Yager and Keefe Michael Bernstein are attorneys with the law firm of Vinson & Elkins of Dallas, Texas, and are admitted to practice before the Supreme Court of the state of Texas and the United States District Court for the Northern District of Texas as set forth in the attached certificates from the State Bar of Texas.

DATE OF ENTRY
JUL 1 9 2000

2.

Undersigned counsel certifies that Robert C. Walters, Russell Ray Yager and Keefe Michael Bernstein are of good character and reputation and will abide by the Uniform District Court Rules for the Eastern District of Louisiana, Louisiana Rules of Professional Conduct and the Federal Rules of Civil Procedure.

3.

W. Shelby McKenzie and David M. Bienvenu, Jr., of the law firm of Taylor, Porter, Brooks & Phillips, L.L.P., are members of the Louisiana Bar and are admitted to practice before this Court and will serve as local counsel.

**WHEREFORE, LIBERTY MUTUAL INSURANCE COMPANY** prays that Robert C. Walters, Russell Ray Yager and Keefe Michael Bernstein be permitted to enroll as additional counsel pro hac vice for Liberty Mutual Insurance Company.

By Attorneys,

**TAYLOR, PORTER, BROOKS & PHILLIPS, L.L.P.**

By: _____
David M. Bienvenu, Jr., No. 20700
451 Florida Street, 8th Floor
P. O. Box 2471
Baton Rouge, LA 70821

**Attorneys for Liberty Mutual Insurance Company**

## - CERTIFICATE -

I certify that a copy of the foregoing was this day mailed, postage prepaid, to all counsel of record to:

David J. Maraldo
4051 Veterans Blvd. Suite 208
Metairie, LA 70002

Richard C. Trahant
2955 Ridgelake Drive, Suite 112
Metairie, LA 70002

Edward J. Walters, Jr.
Steven C. Thompson
MOORE, WALTERS, & THOMPSON
6513 Perkins Road
Baton Rouge, LA 70808

Keith P. Richards
Richards Law Firm, APLC
521 Europe Street
Baton Rouge, LA 70802

Baton Rouge, Louisiana, this _____ day of June, 2000.

_____
David M. Bienvenu, Jr.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DR. VINCENT DILEO | * | NO. 00-0101 SECTION "S" |
| | * | |
| VS. | * | MAGISTRATE 2 |
| | * | |
| LIBERTY MUTUAL INSURANCE | * | |
| COMPANY | * | |

## ORDER

Considering the foregoing Motion to Enroll Pro Hac Vice filed by Liberty Mutual Insurance Company:

**IT IS HEREBY ORDERED** that Robert C. Walters, Russell Ray Yager and Keefe Michael Bernstein should be and are hereby granted leave to enroll pro hac vice as additional counsel for Liberty Mutual Insurance Company.

This _1st_ day of _July_, 2000 at _____, Louisiana.

_____
UNITED STATES DISTRICT JUDGE