UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT -6 PM 3: 21

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| DR. VINCENT DILEO, JR., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 00-0101-S-M2 |
| § | |
| LIBERTY MUTUAL INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

**AMENDED RULE 16 SCHEDULING ORDER**

The following schedule shall govern class-certification proceedings in this action:

1. October 6, 2000 — All motions to join new parties shall be filed by this date.

2. October 20, 2000 — All motions to amend pleadings (other than to add new parties) shall be filed by this date.

3. November 17, 2000 — Plaintiff shall designate his expert witnesses, if any, concerning class certification issues only. Such designation shall be in writing, with expert reports complying with FED. R. CIV. P. 26(a)(2). Any deposition(s) of the Plaintiff's expert(s) shall be completed by December 15, 2000.

4. December 29, 2000 — Defendant shall designate its expert witnesses, if any, concerning class certification issues only. Such designation shall be in writing, with expert reports complying with FED. R. CIV. P. 26(a)(2). Any deposition(s) of the Defendant's expert(s) shall be completed by January 26, 2001.

5. January 12, 2001 — Fact discovery concerning class certification issues only shall be completed by this date.

6. February 9, 2001 — Plaintiff shall file his motion and brief in support of class certification.

7. March 23, 2001 — Defendant shall file its brief in opposition to class certification.

DATE OF ENTRY
OCT 1 1 2000

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No.

2

8.  April 13, 2001         Plaintiff shall file his reply to Defendant's brief in opposition to class certification.

9.  May 17, 2001          The Court shall conduct an evidentiary hearing on Plaintiff's Motion for Class Certification; provided that, on the Court's own motion or for good cause shown, the Court will adjust the hearing date as needed to provide sufficient time for a full and fair hearing of Plaintiff's motion for class certification.

The above schedule pertains to class certification issues only. Within 10 days after receipt of the Court's ruling on class certification, the parties will meet and confer with respect to a discovery schedule to govern the remainder of the case. Within 10 days following such conference, the parties shall submit a joint discovery/trial plan to the Court.

SIGNED on October 10, 2000.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENT:

_____
W. Shelby McKenzie, No. 10020
David M. Bienvenu, Jr., No. 20700
TAYLOR, PORTER, BROOKS
& PHILLIPS, L.L.P.
451 Florida Street, 8th Floor
P.O. Box 2471
Baton Rouge, LA 70821
Telephone: (225) 387-3221
Facsimile: (225) 346-8049

Robert C. Walters
Russell Yager
Keefe M. Bernstein
VINSON & ELKINS L.L.P.
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 220-7700
Telecopy: (214) 999-7716

*Attorneys for Defendant Liberty Mutual Insurance Company*

_____
Keith P. Richards, Bar No. 22564
RICHARDS LAW FIRM, a P.L.C.
521 Europe Street
Baton Rouge, Louisiana 70802
Telephone: (225) 334-9222
Facsimile: (225) 334-9290

Edward J. Walters, Jr., Bar No. 13214
Steven C. Thompson, Bar No. 14469
MOORE, WALTERS & THOMPSON, a P.L.C.
6513 Perkins Road
Baton Rouge, Louisiana 70808
Telephone: (225) 766-1100
Facsimile: (225) 767-4486

Richard C. Trahant, Bar No. 22653
Law Offices of Richard C. Trahant
808 North Causeway Boulevard
Metairie, Louisiana 70001
Telephone: (504) 831-4357
Facsimile: (504) 833-1329

Wendell H. Gauthier, Bar No. 5984
Scott LaBarre, Bar No. 17659
GAUTHIER, DOWNING, LABARRE,
BEISER & DEAN
3500 North Hullen Street
Metairie, Louisiana 70002
Telephone: (504) 456-8600
Facsimile: (504) 456-8624

David J. Maraldo, Bar No. 24541
DAVID J. MARALDO, a P.L.C.
4051 Veterans Blvd., Suite 208
Metairie, Louisiana 70002
Telephone: (504) 454-2769
Facsimile: (504) 454-3855

*Attorneys for Plaintiff Dr. Vincent Dileo, Jr.*

Dallas-379175 3