

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DR. VINCENT DILEO | * | |
| | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0101 |
| | * | |
| LIBERTY MUTUAL INSURANCE COMPANY | * | SECTION "S"(2) |
| | * | |

*********************************************************************************

## UNOPPOSED MOTION FOR LEAVE OF COURT TO FILE AMENDED COMPLAINT

**NOW INTO COURT,** through undersigned counsel of record, comes plaintiff, Dr. Vincent DiLeo, who seeks leave of court to file the attached amended complaint for the following reasons:

1.

The consent scheduling order entered in this case gave all parties until October 20, 2000 to file amended pleadings.

2.

Plaintiff, Dr. Vincent DiLeo, seeks to amend the complaint he originally filed in this case to further amplify the basis for his claim and for class certification.

3.

DATE OF ENTRY
OCT 2 4 2000

Undersigned counsel for plaintiff has contacted counsel for defendant pursuant to LR 7.6E and opposing counsel does not oppose the filing of the attached amended complaint. 

**WHEREFORE**, for the foregoing reasons, plaintiff, Dr. Vincent DiLeo, consistent with the provisions of the consent scheduling order entered in this case, seeks leave of court to file the attached amended complaint in these proceedings.

Respectfully submitted,

Richard C. Trahant (Bar #22,653, TA
808 N. Causeway Boulevard
Metairie, Louisiana 70002
Phone: (504) 831-4357

Keith P. Richards (Bar #22564)
RICHARDS LAW FIRM, APLC
521 Europe Street
Baton Rouge, Louisiana 70802
Phone: (225) 334-9222

Steven C. Thompson (Bar #14469)
MOORE, WALTERS & THOMPSON
6513 Perkins Road
Baton Rouge, Louisiana 70808
Phone: (504) 766-1100

David J. Maraldo (Bar #24541)
4051 Veterans Boulevard, Suite 208
Metairie, Louisiana 70002
Phone: (504) 454-2769

Scott LaBarre (Bar #17659)

GAUTHIER, DOWNING, LABARRE,
BEISER & DEAN
3500 North Hullen Street
Metairie, Louisiana 70002
Phone: (504) 456-8600

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties via telefax, hand delivery, or by placing same in the United States Mail, postage prepaid and properly addressed, this 20th day of October, 2000.

**Russell Yager**
**VINSON & ELKINS**
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201

**David M. Bienvenu**
**TAYLOR, PORTER, BROOKS & PHILLIPS**
P.O. Box 2471
Baton Rouge, Louisiana 70821

3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DR. VINCENT DILEO | * | |
| | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0101 |
| | * | |
| LIBERTY MUTUAL INSURANCE | * | |
| COMPANY | * | SECTION "S"(2) |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

CONSIDERING THE FOREGOING, *and the certificate of counsel that there is no objection,*

It is hereby ordered that plaintiff's Unopposed Motion for Leave of Court to File Amended Complaint be and hereby is **GRANTED**.

NEW ORLEANS, LOUISIANA, this _24th_ day of _October_, 2000.

_____
UNITED STATES ~~████████~~ JUDGE
*MAGISTRATE*