

MINUTE ENTRY
WILKINSON, M.J.
NOVEMBER 3, 2000

                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. VINCENT DILEO, JR. | CIVIL ACTION |
| VERSUS | NO. 00-101 |
| LIBERTY MUTUAL INSURANCE CO. | SECTION "S" (2) |

### HEARING ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:   Defendant's Motion for Leave to File Its Second Amended Answer

O R D E R E D:

__XXX__   :   DISMISSED AS MOOT. Counsel for movant has advised the Court that defendant wishes to withdraw its Motion for Leave to File its Second Amended Answer, Record Doc. No. 20, and the motion is moot.

                                          JOSEPH C. WILKINSON, JR.
                                          UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
NOV 0 6 2000

___Fee___
___Process___
_X_/Dktd
___/CtRmDep
___Doc. No. ___