FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV 27 PM 4: 26

LORETTA WHYTE
CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| DR. VINCENT DILEO, JR., | § | CIVIL ACTION |
| | § | |
| Plaintiff, | § | NO. 00-0101 |
| | § | |
| VS. | § | SECTION: "S" (2) |
| | § | |
| LIBERTY MUTUAL INSURANCE | § | UNITED STATES DISTRICT |
| COMPANY, | § | JUDGE MARY ANN VIAL LEMMON |
| | § | |
| Defendant. | § | MAGISTRATE JOSEPH C. WILKINSON, JR. |

### DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF HEARING ON PLAINTIFF'S MOTION TO STRIKE PURSUANT TO RULE 12(f)

Defendant Liberty Mutual Insurance Company ("Liberty") respectfully moves for a continuance of the hearing on Plaintiff's Motion to Strike Pursuant to Rule 12(f) currently set for 11:00 a.m. on Wednesday, December 6, 2000, and would show the Court as follows.

Plaintiff filed its Motion to Strike Pursuant to Rule 12(f) on November 21, 2000. Plaintiff set the motion for hearing before this Court for 11:00 a.m. on Wednesday, December 6, 2000. Scheduling conflicts prevent Liberty's counsel from appearing on such date. Accordingly, Liberty hereby requests that the hearing be continued and reset for 11:00 a.m. on Wednesday, December 20, 2000, or such other time convenient to the parties and this Court.

DATE OF ENTRY
NOV 3 0 2000

1

Russell Yager, one of the attorneys for Liberty, conferred with Scott LaBarre, one of the attorneys for Plaintiff, regarding the foregoing, and Mr. LaBarre represented that Plaintiff does not oppose the continuance requested herein.

This Unopposed Motion for Continuance is not sought for purposes of delay, but so that justice may be done.

WHEREFORE, premises considered, Liberty prays that the Court grant this their Unopposed Motion for Continuance of Hearing on Plaintiff's Motion to Strike Pursuant to Rule 12(f), and that the hearing on Plaintiff's Motion to Strike Pursuant to Rule 12(f) be continued and reset for 11:00 a.m. on Wednesday, December 20, 2000, or such other time convenient to the parties and this Court.

Respectfully submitted,

W. Shelby McKenzie, No. 10020
David M. Bienvenu, Jr., No. 20700
TAYLOR, PORTER, BROOKS
& PHILLIPS, L.L.P.
451 Florida Street, 8th Floor
P.O. Box 2471
Baton Rouge, LA 70821
Telephone: (225) 387-3221
Facsimile: (225) 346-8049

Robert C. Walters
Russell Yager
Keefe M. Bernstein
VINSON & ELKINS L.L.P.
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 220-7700
Telecopy: (214) 999-7716

*Attorneys for Defendant Liberty Mutual Insurance Company*

## CERTIFICATE OF CONFERENCE

I hereby certify that on or about November 23, 2000, Russell Yager, Esq., one of the attorneys for Defendant Liberty Mutual Insurance Company, conferred with Scott LaBarre, Esq., one of the attorneys for Plaintiff Vincent DiLeo, Jr., regarding the relief sought by the foregoing motion. Mr. LaBarre does not opposes the motion or the relief sought therein.

_____
David M. Bienvenu, Jr.


## CERTIFICATE OF SERVICE

I hereby certify that, on this 27th day of November, 2000, I caused a true and correct copy of Defendant's Unopposed Motion for Continuance of Hearing on Plaintiff's Motion to Strike Pursuant to Rule 12(f) to be served on the following counsel by facsimile and first-class mail:

Keith P. Richards, Bar No. 22564
RICHARDS LAW FIRM, APLC
521 Europe Street
Baton Rouge, Louisiana 70802
Telephone: (225) 334-9222
Facsimile: (225) 334-9290

Steven C. Thompson, Bar No. 14469
MOORE, WALTERS & THOMPSON,
A PROFESSIONAL CORPORATION
6513 Perkins Road
Baton Rouge, Louisiana 70808
Telephone: (225)766-1100
Facsimile: (225) 767-4486

Richard C. Trahant, Bar No. 22653
808 North Causeway Boulevard
Metairie, Louisiana 70001
Telephone: (504) 831-4357
Facsimile: (504) 833-1329

Scott LaBarre, Bar No. 17659
GAUTHIER, DOWNING, LABARRE,
BEISER & DEAN
3500 North Hullen Street
Metairie, Louisiana 70002
Telephone: (504) 456-8600
Facsimile: (504) 456-8624

David J. Maraldo, Bar No. 24541
DAVID J. MARALDO,
A PROFESSIONAL LAW CORPORATION
4051 Veterans Blvd., Suite 208
Metairie, Louisiana 70002
Telephone: (504) 454-2769
Facsimile: (504) 454-3855

_____
David M. Bienvenu, Jr.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DR. VINCENT DILEO, JR., | § | CIVIL ACTION |
| | § | |
| Plaintiff, | § | NO. 00-0101 |
| | § | |
| VS. | § | SECTION: "S" (2) |
| | § | |
| LIBERTY MUTUAL INSURANCE | § | UNITED STATES DISTRICT |
| COMPANY, | § | JUDGE MARY ANN VIAL LEMMON |
| | § | |
| Defendant. | § | MAGISTRATE JOSEPH C. WILKINSON, JR. |

**ORDER**

Upon considering Defendant's Unopposed Motion For Continuance of Hearing on Plaintiff's Motion to Strike Pursuant to Rule 12(f) (filed November 21, 2000), and finding that Plaintiff does not oppose such motion, the Court concludes that the motion should be granted, and therefore ORDERS that Defendant's Unopposed Motion For Continuance of Hearing on Plaintiff's Motion to Strike Pursuant to Rule 12(f) is granted and further ORDERS that the hearing on Plaintiff's Motion to Strike Pursuant to Rule 12(f) set for **11:00 a.m. on Wednesday, December 6, 2000**, is continued and reset for **11:00 a.m. on Wednesday, December 20, 2000**.

Signed: 11/27/00

UNITED STATES DISTRICT JUDGE