UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DR. VINCENT DILEO, JR.    CIVIL ACTION

VERSUS    NUMBER: 00-0101

    SECTION "S" - JUDGE LEMMON

LIBERTY MUTUAL INSURANCE CO.    MAGISTRATE WILKINSON

*************************************************************

### JOINT EX PARTE ORDER TO AMEND RULE 16 SCHEDULING ORDER

**NOW COMES** Dr. Vincent Dileo, Jr. and the defendant in this matter, Liberty Mutual Insurance Company, who respectfully move to amend the Rule 16 Scheduling Order in accordance with the attached "Amended Rule 16 Scheduling Order" on the following grounds:

1.

In accordance with the earlier Scheduling Order, plaintiff filed an Amended Petition and the defendant filed an Answer to the Amended Petition. Thereafter, the plaintiff has filed a Motion to Strike certain defenses raised in the Answer to the Amended Petition.

2.

The discovery done to date, the Amended Petition and the Answer to the Amended Petition have raised issues that need to be discovered. While the parties are continuing with discovery, the parties anticipate gaining rulings from the Court on various issues which will either require or dispense with certain discovery. Nevertheless, the motion and pleadings have created additional work which makes an Amended Scheduling Order necessary.

DATE OF ENTRY
DEC 12 2000



3.

The parties desire a 45 day extension of the deadlines set forth in the Amended Scheduling Order in order to attempt to complete class certification discovery while timing some of the discovery at a date antecedent to anticipated rulings from the Court.

4.

Furthermore, the plaintiff is doing informal (and possibly formal) discovery relative to an issue which has arisen as to the proper party defendant and anticipates filing a Motion for Leave to amend the complaint to either substitute parties or add additional parties. Once the informal or formal discovery is accomplished, plaintiff will be able to intelligently discuss with the defendant the proposed amendment and get the defendant's consent or opposition to the proposed amendment.

5.

In short, plaintiff and defendant are continuing with class discovery but need additional time in which to complete it.

APPROVED AS TO FORM AND CONTENT

*/s/ Russell Yager*  
Russell Yager  
Robert C. Walters  
Keefe M. Bernstein  
**VINSON & ELKINS**  
3700 Trammell Crow Center  
2001 Ross Avenue  
Dallas, TX 75201  
Telephone: 214-220-7700  
Facsimile: 214-999-7716

*/s/*  
Edward J. Walters, Jr., No. 13214  
Steve C. Thompson, No. 14469  
**MOORE, WALTERS & THOMPSON**  
6513 Perkins Road  
Baton Rouge, LA 70808  
Telephone: 225-766-1100  
Facsimile: 225-7674486

W. Shelby McKenzie, No. 10020
David M. Bienvenue, Jr., No. 20700
**TAYLOR, PORTER, BROOKS & PHILLIPS**
P.O. Box 2471
Baton Rouge, LA 70821
Telephone: 225-387-3221
Facsimile: 225-346-8049

**Attorneys for Defendant,
Liberty Mutual Ins. Co.**

Keith P. Richards, No. 22564
**RICHARDS LAW FIRM**
521 Europe Street
Baton Rouge, LA 70802
Telephone: 225-334-9222
Facsimile: 225-334-9290

Richard C. Trahant, No. 22653
**LAW OFFICES OF RICHARD C. TRAHANT**
808 N. Causeway Blvd.
Metairie, LA 70001
Telephone: 504-831-4357
Facsimile: 504-833-1329

Wendell H. Gauthier, No. 5984
Scott LaBarre, No. 17659
**GAUTHIER, DOWNING, LaBARRE,
   BEISER & DEAN**
3500 N. Hullen St.
Metairie, LA 70002
Telephone: 504-456-8600
Facsimile: 504-456-8624

David J. Maraldo, No. 24541
**DAVID J. MARALDO**
4051 Veterans Blvd., Suite 208
Metairie, LA 70002
Telephone: 504-454-2769
Facsimile: 504-454-3855
**Attorneys for Plaintiff,
   Dr. Vincent Dileo, Jr.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. VINCENT DILEO, JR. | CIVIL ACTION |
| VERSUS | NUMBER: 00-0101 |
| | SECTION "S"- JUDGE LEMMON |
| LIBERTY MUTUAL INSURANCE CO. | MAGISTRATE WILKINSON |

*****************************************************************

### SECOND AMENDED RULE 16 SCHEDULING ORDER

The following schedule shall govern class-certification proceedings in this action:

1. January 2, 2001 — Plaintiff shall designate his expert witnesses, if any, concerning class certification issues only. Such designation shall be in writing, with expert reports complying with FED.R.CIV.P. 26(a)(2). Any deposition(s) of the plaintiff's expert(s) shall be completed by February 2, 2001.

2. February 12, 2001 — Defendant shall designate its expert witnesses, if any, concerning class certification issues only. Such designation shall be in writing, with expert reports complying with FED.R.CIV.P. 26(a)(2). Any deposition(s) of the defendant's expert(s) shall be completed by March 12, 2001.

3. February 23, 2001 — Fact discovery concerning class certification issues only shall be completed by this date.

6. March 26, 2001 — Plaintiff shall file his motion and brief in support of class certification.

7. May 7, 2001 — Defendant shall file its brief in opposition to class certification.

8. May 28, 2001 — Plaintiff shall file his reply to defendant's brief in opposition to class certification.

9.  June 28, 2001          The Court shall conduct an evidentiary hearing on plaintiff's motion for class certification; provided that, on the Court's own motion or for good cause shown, the Court shall adjust the hearing date as needed to provide sufficient time for a full and fair hearing of plaintiff's motion for class certification.

The above schedule pertains to class certification issues only. Within 10 days after receipt of the Court's ruling on class certification, the parties will meet and confer with respect to a discovery schedule to govern the remainder of the case. Within 10 days following such conference, the parties shall submit a joint discovery/trial plan to the Court.

SIGNED on _December 12_, 2000.

HONORABLE MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA