```
                                    FILED
                              U.S. DISTRICT COURT
                              EASTERN DISTRICT OF LA

                              2000 DEC 15  AM 8: 30

                                LORETTA G. WHYTE
                                     CLERK
```

MINUTE ENTRY
December 14, 2000
LEMMON, J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. VINCENT DILEO, JR. | CIVIL ACTION |
| VERSUS | NO: 00-0101 |
| LIBERTY MUTUAL INSURANCE COMPANY | SECTION: "S" |

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike (Doc. #23) set for hearing on December 20, 2000 be continued to January 10, 2001.

DATE OF ENTRY
DEC 15 2000