```
                    FILED
              U.S. DISTRICT COURT
            EASTERN DISTRICT OF LA

              2001 JAN -3 AM 11: 43

               LORETTA G. WHYTE
                    CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DR. VINCENT DILEO | * | |
| | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0101 |
| | * | |
| LIBERTY MUTUAL INSURANCE COMPANY | * | SECTION "S"(2) |
| | * | |

*************************************************************************

### MOTION FOR LEAVE OF COURT TO
### FILE PLAINTIFF'S CONTESTED MATERIAL
### FACTS AND REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT,** through undersigned counsel of record, comes plaintiff, Dr. Vincent DiLeo, who seeks leave of court to file the attached Plaintiff's Contested Material Facts and Request for Oral Argument for the following reasons:

1.

On January 2, 2001, plaintiff, Dr. Vincent Dileo, filed with this court his Opposition to Defendant's Motion for Summary Judgment and Request for Oral Argument.

2.

Plaintiff, Dr. Vincent DiLeo, seeks leave of court to amend the opposition he originally filed in this case to include the Plaintiff's Contested Material Facts and Request

DATE OF ENTRY ___JAN 0 4 2001___

```
___Fee____
___Process__
_X_Dktd___
___CtRmDep__
___Doc.No._3_
```

for Oral Argument, both of which were inadvertently omitted from his original filing on January 2, 2001.

**WHEREFORE,** for the foregoing reasons, plaintiff, Dr. Vincent DiLeo, seeks leave of court to file the attached Plaintiff's Contested Material Facts and Request for Oral Argument, in reference to the captioned case.

Respectfully submitted,

Richard C. Trahant (Bar #22,653, TA)
808 N. Causeway Boulevard
Metairie, Louisiana 70002
Phone: (504) 831-4357

**Scott LaBarre (Bar #17659)**
GAUTHIER, DOWNING, LABARRE, BEISER & DEAN
3500 North Hullen Street
Metairie, Louisiana 70002
Phone: (504) 456-8600

**Keith P. Richards (Bar #22564)**
RICHARDS LAW FIRM, APLC
521 Europe Street
Baton Rouge, Louisiana 70802
Phone: (225) 334-9222

**Steven C. Thompson (Bar #14469)**
MOORE, WALTERS & THOMPSON
6513 Perkins Road
Baton Rouge, Louisiana 70808
Phone: (504) 766-1100

**David J. Maraldo (Bar #24541)**

4051 Veterans Boulevard, Suite 208
Metairie, Louisiana 70002
Phone: (504) 454-2769

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties via telefax, hand delivery, or by placing same in the United States Mail, postage prepaid and properly addressed, this 3rd day of January, 2001.

**Russell Yager**
**VINSON & ELKINS**
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201

**David M. Bienvenu**
**TAYLOR, PORTER, BROOKS & PHILLIPS**
P.O. Box 2471
Baton Rouge, Louisiana 70821

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DR. VINCENT DILEO | * | |
| | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0101 |
| | * | |
| LIBERTY MUTUAL INSURANCE | * | |
| COMPANY | * | SECTION "S"(2) |
| | * | |

*******************************************************************************

## ORDER

**CONSIDERING THE FOREGOING,**

It is hereby ordered that Plaintiff's Motion for Leave of Court to File Contested Material Facts and Request for Oral Argument be **GRANTED**.

**NEW ORLEANS, LOUISIANA,** this ___4___ day of _January_, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE