UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN -4 PM 3: 12

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| DR. VINCENT DILEO, JR. | * | CIVIL ACTION NUMBER: 00-0101 |
| | * | |
| VERSUS | | |
| | * | SECT. "S" JUDGE LEMMON |
| LIBERTY MUTUAL INSURANCE COMPANY | * | MAGISTRATE WILKINSON |

*************************************************************************

## PLAINTIFF'S LIST OF CONTESTED MATERIAL FACTS

1) Whether Liberty Mutual Insurance Company has acted as a joint enterprise with Liberty Mutual Fire Insurance Company and other related Liberty companies by sharing in the premiums paid by Dileo and others.

2) Whether Liberty Mutual Insurance Company has acted as an insurance agent, broker or underwriter relative to policies issued by Liberty Mutual Fire Insurance Company and other related Liberty companies.

3) Whether Liberty Mutual Insurance Company has solicited applications for policies of insurance issued by Liberty Mutual Fire Insurance Company and other related Liberty companies.

4) Whether Liberty Mutual Insurance Company has aided Liberty Mutual Fire Insurance Company and other related Liberty companies in placing risks or effecting insurance relative to policies issued by Liberty Mutual Fire Insurance Company and other related Liberty companies.

5) Whether Liberty Mutual Insurance Company has derived any compensation and commissions from the premiums paid on policies issued by Liberty Mutual Fire Insurance Company and other related Liberty companies.

6) Whether Liberty Mutual Insurance Company was involved in marketing, soliciting, selling, arranging for underwriting, drafting, administering the insurance policies or collecting the premiums on policies issued by Liberty Mutual Fire Insurance Company and other related Liberty companies.

7) Whether Liberty Mutual Insurance Company issues automobile policies in Louisiana containing identical or substantially identical language as the automobile policy issued by Liberty Mutual Fire Insurance Company and other related Liberty companies.

8) Whether ADP/Auto Source and/or CCC has been used in the past ten years to adjust total loss vehicular claims that arise under policies issued by Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company and other related Liberty companies.

9) Whether Liberty Mutual Insurance Company pays or has paid total loss claims to individuals whom were issued automobile policies by Liberty Mutual Fire Insurance Company and other related Liberty companies.

Respectfully submitted by:

Richard C. Trahant (LSBA #22653)
Attorney at Law
808 North Causeway Boulevard
Metairie, LA 70001
(504) 831-4357

-and-

Keith P. Richards (LSBA #22564)
**RICHARDS LAW FIRM, APLC**
521 Europe Street
Baton Rouge, Louisiana 70802
(225) 334-9222

-and-

Steven C. Thompson (LSBA #14469)
**MOORE, WALTERS & THOMPSON**
6513 Perkins Road
Baton Rouge, LA 70808
  (225) 766-1100

-and-

  Wendell H. Gauthier (LSBA #5984)
Scott LaBarre (LSBA #17659)
**GAUTHIER, DOWNING, LaBARRE**
**BEISER & DEAN**
3500 North Hullen Street
Metairie, LA 70002
(504) 456-8600

-and-

**David J. Maraldo** (LSBA #24541)
Attorney at Law
4051 Veterans Boulevard, Ste. 208
Metairie, LA 70002
(504) 454-2769

*ATTORNEYS FOR PLAINTIFF*
*VINCENT DILEO, JR.*


## CERTIFICATE

I hereby certify that I have delivered a copy of the above and foregoing pleadings to all counsel of record by placing the same in the United States mail, postage prepaid, or by hand delivery or by facsimile on this 3rd day of JAN, 2001.

_____
RICHARD C. TRAHANT