FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN -3 AM 11: 42

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DR. VINCENT DILEO | * | |
| | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0101 |
| | * | |
| LIBERTY MUTUAL INSURANCE COMPANY | * | SECTION "S"(2) |
| | * | |

*************************************************************************

PLAINTIFF'S REQUEST FOR
ORAL ARGUMENT

**NOW INTO COURT,** through undersigned counsel of record, comes plaintiff, Dr. Vincent Dileo, who respectfully seeks oral argument in connection with Plaintiff's Motion to Strike Pursuant to Federal Rules of Civil Procedure 12 (f), and Defendant's Motion for Summary Judgment, both of which are pending in this matter and set for hearing on Wednesday, January 10, 2001. Oral argument will assist the court in this case because of its unusually tangled procedural history.

This is a putative class action which began in state court and was removed to this court by defendant, Liberty Mutual Insurance Company. Since the time of removal, both sides have amended their pleadings and at least some of those amendments are at issue in the two motions now before the court. Oral argument will allow the parties to amplify

upon the factual matter underlying the motions and therefore could aid the court in its resolution of those motions.

For these reasons, plaintiff, Dr. Vincent Dileo, requests oral argument in connection with the two motions set for January 10, 2001.

Respectfully submitted,

Richard C. Trahant (Bar #22,653, TA)
808 N. Causeway Boulevard
Metairie, Louisiana 70002
Phone: (504) 831-4357

**Scott LaBarre (Bar #17659)**
GAUTHIER, DOWNING, LABARRE,
BEISER & DEAN
3500 North Hullen Street
Metairie, Louisiana 70002
Phone: (504) 456-8600

**Keith P. Richards (Bar #22564)**
RICHARDS LAW FIRM, APLC
521 Europe Street
Baton Rouge, Louisiana 70802
Phone: (225) 334-9222

**Steven C. Thompson (Bar #14469)**
MOORE, WALTERS & THOMPSON
6513 Perkins Road
Baton Rouge, Louisiana 70808
Phone: (504) 766-1100

**David J. Maraldo (Bar #24541)**
4051 Veterans Boulevard, Suite 208
Metairie, Louisiana 70002

Phone: (504) 454-2769

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties via telefax, hand delivery, or by placing same in the United States Mail, postage prepaid and properly addressed, this 3rd day of January, 2001.

**Russell Yager**
**VINSON & ELKINS**
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201

**David M. Bienvenu**
**TAYLOR, PORTER, BROOKS & PHILLIPS**
P.O. Box 2471
Baton Rouge, Louisiana 70821