```
                                          FILED
                                    U.S DISTRICT COURT
                                    [illegible]

                                    JAN 5  12 50 PM '01

                                    LOR[illegible]TE
                                         CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DR. VINCENT DILEO** | **CIVIL ACTION** |
| **VERSUS** | **NO: 00-0101** |
| **LIBERTY MUTUAL INSURANCE COMPANY** | **SECTION: "S" (2)** |

### ORDER

**IT IS HEREBY ORDERED** that Plaintiff's Request for Oral Argument on its Motion to Strike and Defendant's Motion for Summary Judgment is **GRANTED**. Argument is limited to twenty minutes per side.

New Orleans, Louisiana, this 4th day of January, 2001.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY: JAN 0 5 2001