FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

ORIGINAL

2001 JAN -5 AM 9: 34

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DR. VINCENT DILEO, JR., | § | CIVIL ACTION |
| | § | |
| Plaintiff, | § | NO. 00-0101 |
| | § | |
| VS. | § | SECTION: "S" (2) |
| | § | |
| LIBERTY MUTUAL INSURANCE | § | UNITED STATES DISTRICT |
| COMPANY, | § | JUDGE MARY ANN VIAL LEMMON |
| | § | |
| Defendant. | § | MAGISTRATE JOSEPH C. WILKINSON, JR. |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF HEARING
AND ORAL ARGUMENT ON PLAINTIFF'S MOTION TO STRIKE AND
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Liberty Mutual Insurance Company ("Liberty") respectfully moves for a continuance of the hearing and oral argument on Plaintiff's Motion to Strike and Defendant's Motion for Summary Judgment currently set for 10:00 a.m. on Wednesday, January 10, 2001, and would show the Court as follows.

1.      Plaintiff filed a Request for Oral Argument on January 3, 2001. Thereafter, on January 4, 2001, the Court informed Liberty's counsel that it would entertain oral arguments at the

DATE OF ENTRY  JAN 0 5 2001

1

hearing on Plaintiff's Motion to Strike and Defendant's Motion for Summary Judgment set for 10:00 a.m. on Wednesday, January 10, 2001.

2. Scheduling conflicts prevent Russell Yager, Liberty's lead counsel in this matter, from appearing for oral arguments on such date. Specifically, Mr. Yager is set to appear before the United States District Court for the Southern District of Texas in another matter on January 10, 2001. Liberty submits that Mr. Yager's participation in oral arguments is necessary and will assist this Court, as Mr. Yager is the attorney for Liberty most familiar with the complex procedural background and facts of this case.

3. Accordingly, Liberty hereby requests that the hearing and oral argument on Plaintiff's Motion to Strike and Defendant's Motion for Summary Judgment be continued and reset for 10:00 a.m. on Wednesday, January 24, 2001, or such other time convenient to the parties and this Court.

4. Moreover, Plaintiff's motion for leave to file his amended complaint is currently docketed for January 24, 2001, and therefore, granting this unopposed motion for continuance will serve interests of judicial economy.

5. Keefe M. Bernstein, one of the attorneys for Liberty, conferred with Scott LaBarre, one of the attorneys for Plaintiff, regarding the foregoing, and Mr. LaBarre represented that Plaintiff *does not oppose* the continuance requested herein.

WHEREFORE, premises considered, Liberty prays that the Court grant this their Unopposed Motion for Continuance of Hearing and Oral Argument on Plaintiff's Motion to Strike and Defendant's Motion for Summary Judgment, and that the hearing and oral argument on Plaintiff's Motion to Strike and Defendant's Motion for Summary Judgment be continued and **reset for 10:00 a.m. on Wednesday, January 24, 2001**, or such other time convenient to the parties and this Court.

Respectfully submitted,

*[signature]*

W. Shelby McKenzie, No. 10020
David M. Bienvenu, Jr., No. 20700
TAYLOR, PORTER, BROOKS
& PHILLIPS, L.L.P.
451 Florida Street, 8th Floor
P.O. Box 2471
Baton Rouge, LA 70821
Telephone: (225) 387-3221
Facsimile: (225) 346-8049

Robert C. Walters
Russell Yager
Keefe M. Bernstein
VINSON & ELKINS L.L.P.
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 220-7700
Telecopy: (214) 999-7716

*Attorneys for Defendant Liberty Mutual Insurance Company*

## CERTIFICATE OF CONFERENCE

I hereby certify that on January 4, 2001, Keefe M. Bernstein, one of the attorneys for Defendant Liberty Mutual Insurance Company, conferred with Scott LaBarre, one of the attorneys for Plaintiff Vincent DiLeo, Jr., regarding the relief sought by the foregoing motion. Mr. LaBarre *does not oppose* the motion or the relief sought therein.

KEEFE M. BERNSTEIN

## CERTIFICATE OF SERVICE

I hereby certify that, on this 4th day of January, 2001, I caused a true and correct copy of Defendant's Unopposed Motion for Continuance of Hearing and Oral Argument on Plaintiff's Motion to Strike and Defendant's Motion for Summary Judgment to be served on the following counsel by facsimile and first-class mail:

Keith P. Richards, Bar No. 22564
RICHARDS LAW FIRM, APLC
521 Europe Street
Baton Rouge, Louisiana 70802
Telephone: (225) 334-9222
Facsimile: (225) 334-9290

Steven C. Thompson, Bar No. 14469
MOORE, WALTERS & THOMPSON,
A PROFESSIONAL CORPORATION
6513 Perkins Road
Baton Rouge, Louisiana 70808
Telephone: (225)766-1100
Facsimile: (225) 767-4486

Richard C. Trahant, Bar No. 22653
808 North Causeway Boulevard
Metairie, Louisiana 70001
Telephone: (504) 831-4357
Facsimile: (504) 833-1329

Scott LaBarre, Bar No. 17659
GAUTHIER, DOWNING, LABARRE,
BEISER & DEAN
3500 North Hullen Street
Metairie, Louisiana 70002
Telephone: (504) 456-8600
Facsimile: (504) 456-8624

David J. Maraldo, Bar No. 24541
DAVID J. MARALDO,
A PROFESSIONAL LAW CORPORATION
4051 Veterans Blvd., Suite 208
Metairie, Louisiana 70002
Telephone: (504) 454-2769
Facsimile: (504) 454-3855

KEEFE M. BERNSTEIN

Dallas 429443 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DR. VINCENT DILEO, JR., | § | CIVIL ACTION |
| | § | |
| Plaintiff, | § | NO. 00-0101 |
| | § | |
| VS. | § | SECTION: "S" (2) |
| | § | |
| LIBERTY MUTUAL INSURANCE | § | UNITED STATES DISTRICT |
| COMPANY, | § | JUDGE MARY ANN VIAL LEMMON |
| | § | |
| Defendant. | § | MAGISTRATE JOSEPH C. WILKINSON, JR. |

**ORDER**

Upon considering Defendant's Unopposed Motion For Continuance of Hearing and Oral Argument on Plaintiff's Motion to Strike and Defendant's Motion for Summary Judgment, and finding that Plaintiff does not oppose such motion, the Court concludes that the motion should be granted, and therefore ORDERS that Defendant's Unopposed Motion For Continuance of Hearing and Oral Argument on Plaintiff's Motion to Strike and Defendant's Motion for Summary Judgment is granted and further ORDERS that the hearing and oral argument on Plaintiff's Motion to Strike and Defendant's Motion for Summary Judgment set for **10:00 a.m. on Wednesday, January 10, 2001**, is continued and reset for **10:00 a.m. on Wednesday, January 24, 2001**.

Signed January 5, 2001

UNITED STATES DISTRICT JUDGE