UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
JAN 2 2 2001
2001 JAN 22 PM 4: 47
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| DR. VINCENT DILEO, JR. | CIVIL ACTION |
| | NUMBER: 00-0101 |
| VERSUS | |
| | SECTION "S"- JUDGE LEMMON |
| LIBERTY MUTUAL INSURANCE COMPANY | MAGISTRATE WILKINSON |

*************************************************************************

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
REPLY MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT FOR CLASS CERTIFICATION
AND FOR DAMAGES, STATUTORY PENALTIES AND ATTORNEYS' FEES**

*************************************************************************

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **DR. VINCENT DILEO, JR.**, individually, and as representative of a class of persons similarly situated, who moves this Honorable Court for leave to file the attached Reply Memorandum in support of his Motion for Leave to File Amended Complaint for Class Certification and for Damages, Statutory Penalties and Attorneys' Fees in accordance with Fed.R.Civ.P. 15 to address arguments and factual contentions in the defendant's opposition memorandum.

**WHEREFORE**, Plaintiff, **DR. VINCENT DILEO, JR.**, individually, and as representative of a class of persons similarly situated, prays this Honorable Court will grant leave to file the accompanying Reply Memorandum in support of his Motion for Leave to File Amended Complaint for Class Certification and for Damages, Statutory Penalties and Attorneys' Fees.

Respectfully submitted by:

/s/ Keith P. Richards

Keith P. Richards (LSBA #22564)
**RICHARDS LAW FIRM, APLC**
521 Europe Street
Baton Rouge, Louisiana 70802
Telephone:(225) 334-9222

DATE OF ENTRY  JAN 2 4 2001

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep____
Doc.No._____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DR. VINCENT DILEO, JR.  CIVIL ACTION

   NUMBER: 00-0101
VERSUS

   SECTION "S"- JUDGE LEMMON

LIBERTY MUTUAL INSURANCE COMPANY   MAGISTRATE WILKINSON
**************************************************************************

## ORDER

Considering the foregoing motion,

**IT IS ORDERED** that Plaintiff, **DR. VINCENT DILEO, JR.,** individually, and as representative of a class of persons similarly situated, is granted leave to file his Reply Memorandum in support of his Motion for Leave to File Amended Complaint for Class Certification and for Damages, Statutory Penalties and Attorneys' Fees.

New Orleans, Louisiana, this _2nd_ day of January, 2001.

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading and Declaration of Steven C. Thomson with all exhibits has this day been forwarded to the following counsel of record:

Russel Yager (Via Facsimile and U.S. Mail)
**VINSON & ELKINS, L.L.P.**
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

W. Shelby McKenzie (Via Hand Delivery)
David M. Bienvenu, Jr
**TAYLOR, PORTER, BROOKS & PHILLIPS**
P.O. Box 2471
Baton Rouge, LA 70821

Baton Rouge, Louisiana, this _22nd_ day of January, 2001.

_____
Keith P. Richards