```
                                              FILED
                                          U.S. DISTRICT COURT
                                         EASTERN DISTRICT OF LA

                                          2001 JAN 25  AM 10: 48

                                          LORETTA G. WHYTE
                                                CLERK
```

MINUTE ENTRY
VIAL LEMMON, J.
JANUARY 24, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. VINCENT DILEO | CIVIL ACTION |
| VERSUS | NO. 00-101 |
| LIBERTY MUTUAL INS. CO. | SECTION "S" |

JUDGE MARY ANN VIAL LEMMON PRESIDING

**WEDNESDAY, JANUARY 24, 2001 AT 10:00 A.M.**

COURTROOM DEPUTY: Cesyle Nelson
COURT RECORDER:   Joyce Hancock

APPEARANCES: Steve C. Thompson, Edward J. Walters, Jr., and Charles
             S. Labarre for plaintiff
             Russell R. Yager, William S. McKenzie, and Keefe M.
             Bernstein for defendant

**MOTION OF PLAINTIFF TO STRIKE (#23)**

**MOTION OF LIBERTY MUTUAL FOR SUMMARY JUDGMENT (#26)**

Arguments presented by counsel

Court takes motions under submission

DATE OF ENTRY  JAN 2 5 2001