

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DR. VINCENT DILEO, JR., | * | CIVIL ACTION |
| Plaintiff, | * | NO. 00-0101 |
| VERSUS | * | SECTION S(2) |
| LIBERTY MUTUAL INSURANCE COMPANY, | * | JUDGE LEMMON |
| | * | MAGISTRATE WILKINSON |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### *EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

Defendants Liberty Mutual Insurance Company ("Liberty Mutual Insurance") and Liberty Mutual Fire Insurance Company ("Liberty Mutual Fire") move the Court to enroll Judy Y. Barrasso and Meredith A. Cunningham of the law firm Stone, Pigman, Walther, Wittmann & Hutchinson, L.L.P., 546 Carondelet Street, New Orleans, Louisiana 70130, as additional counsel of record for Liberty Mutual Insurance and Liberty Mutual Fire in this action. Existing counsel of record for Liberty Mutual Insurance and Liberty Mutual Fire, W. Shelby McKenzie and David M. Bienvenu, Jr. of the law firm Taylor, Porter, Brooks & Phillips, L.L.P., 451 Florida Street, 8th Floor, P.O. Box 2471, Baton Rouge, Louisiana 70821, and Robert C. Walters, Russell Yager,

DATE OF ENTRY
FEB 0 9 2001



572315/1

and Keefe M. Bernstein of the law firm Vinson & Elkins L.L.P., 3700 Trammell Crow Center, 2001 Ross Avenue, Dallas, Texas 75201, consent to this motion.

**WHEREFORE**, Liberty Mutual Insurance Company and Liberty Mutual Fire Insurance Company pray that the Court grant their motion to enroll additional counsel of record.

Respectfully submitted,

*/s/ Judy Y. Barrasso*

Judy Y. Barrasso, 2814
Meredith A. Cunningham, 26465
STONE, PIGMAN, WALTHER,
   WITTMANN & HUTCHINSON, L.L.P.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200

W. Shelby McKenzie, 10020
David M. Bienvenu, Jr., 20700
TAYLOR, PORTER, BROOKS
   & PHILLIPS, L.L.P.
451 Florida Street, 8th Floor
P.O. Box 2471
Baton Rouge, Louisiana 70821
Telephone: (225) 387-2221

Robert C. Walters
Russell Yager
Keefe M. Bernstein
VINSON & ELKINS L.L.P.
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 220-7700

Attorneys for Liberty Mutual Insurance
   Company and Liberty Mutual Fire
   Insurance Company

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing *Ex Parte* Motion to Enroll Additional Counsel of Record and accompanying Order has been served upon all counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 7th day of February, 2001.

*/s/ Judy Y. Barrasso*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DR. VINCENT DILEO, JR., | * | CIVIL ACTION |
| Plaintiff, | * | NO. 00-0101 |
| VERSUS | * | SECTION S(2) |
| LIBERTY MUTUAL INSURANCE COMPANY, | * | JUDGE LEMMON |
| | * | MAGISTRATE WILKINSON |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * *

## **O R D E R**

Considering the Defendants' *Ex Parte* Motion to Enroll Additional Counsel of Record;

**IT IS ORDERED** that Judy Y. Barrasso and Meredith A. Cunningham of the law firm Stone, Pigman, Walther, Wittmann & Hutchinson, L.L.P. be enrolled as additional counsel of record for defendants Liberty Mutual Insurance Company and Liberty Mutual Fire Insurance Company.

New Orleans, Louisiana, this 9 day of February, 2001.

JUDGE

572315/1