

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DR. VINCENT DILEO | * | |
| | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0101 |
| | * | |
| LIBERTY MUTUAL INSURANCE | * | |
| COMPANY | * | SECTION "S"(2) |
| | * | |

*********************************************************************************

### PLAINTIFF'S MOTION FOR LEAVE OF
### COURT TO FILE REPLY MEMORANDUM

**NOW INTO COURT,** through undersigned counsel of record, comes plaintiff, Dr. Vincent DiLeo, who seeks leave of court to file the attached reply memorandum in order to respond to arguments made by defendant, LIBERTY MUTUAL INSURANCE COMPANY, in opposition to Plaintiff's Motion to Strike Pursuant to Rule 12(f).

**WHEREFORE,** for the foregoing reasons, plaintiff, Dr. Vincent DiLeo, seeks leave of court to file the attached reply memorandum, in reference to the captioned case.

Respectfully submitted,

_____
Scott LaBarre (Bar #17659)
GAUTHIER, DOWNING, LABARRE,
BEISER & DEAN

DATE OF ENTRY
MAR 1 4 2001

Fee_____
Process____
X Dktd_____
CtRmDep___
Doc.No. 44

3500 North Hullen Street
Metairie, Louisiana 70002
Phone: (504) 456-8600

Richard C. Trahant (Bar #22,653, TA)
808 N. Causeway Boulevard
Metairie, Louisiana 70002
Phone: (504) 831-4357

Keith P. Richards (Bar #22564)
RICHARDS LAW FIRM, APLC
521 Europe Street
Baton Rouge, Louisiana 70802
Phone: (225) 334-9222

Steven C. Thompson (Bar #14469)
MOORE, WALTERS & THOMPSON
6513 Perkins Road
Baton Rouge, Louisiana 70808
Phone: (504) 766-1100

David J. Maraldo (Bar #24541)
4051 Veterans Boulevard, Suite 208
Metairie, Louisiana 70002
Phone: (504) 454-2769

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties via telefax, hand delivery, or by placing same in the United States Mail, postage prepaid and properly addressed, this 22nd day of January, 2001.

**Russell Yager**
**VINSON & ELKINS**
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201

**David M. Bienvenu**
**TAYLOR, PORTER, BROOKS & PHILLIPS**
P.O. Box 2471
Baton Rouge, Louisiana 70821

*[signature]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DR. VINCENT DILEO | * | |
| | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0101 |
| | * | |
| LIBERTY MUTUAL INSURANCE | * | |
| COMPANY | * | SECTION "S"(2) |
| | * | |

*********************************************************************************

## ORDER

**CONSIDERING THE FOREGOING,**

**IT IS HEREBY ORDERED** that plaintiff, Dr. Vincent DiLeo, be granted leave of Court to file his attached reply memoranda.

NEW ORLEANS, LOUISIANA, this 23 day of January, 2001.

_____
UNITED STATES DISTRICT JUDGE