FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 22 PM 4: 24

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DR. VINCENT DILEO, JR., | § | CIVIL ACTION |
| | § | |
| Plaintiff, | § | NO. 00-0101 |
| | § | |
| VS. | § | SECTION: "S" (2) |
| | § | |
| LIBERTY MUTUAL INSURANCE | § | UNITED STATES DISTRICT |
| COMPANY, | § | JUDGE MARY ANN VIAL LEMMON |
| | § | |
| Defendant. | § | MAGISTRATE JOSEPH C. WILKINSON, JR. |

**AGREED ORDER OF DISMISSAL**

Upon considering the February 28, 2001, motion of Defendants Liberty Mutual Insurance Company ("Liberty Mutual") and Liberty Mutual Fire Insurance Company ("Liberty Fire") to dismiss DiLeo's "valuation" claims for lack of a justiciable case or controversy and the March 16, 2001, stipulation of dismissal of Plaintiff Vincent DiLeo, Jr. ("DiLeo"), the Court concludes that DiLeo's acceptance of a $18,951.04 tender on November 30, 1999, deprives him of standing to prosecute his claims that each member of the putative class defined in the Second Amended Complaint is entitled to receive compensation for the total loss of his or her vehicle in an amount calculated based on its NADA retail value. In addition, the Court concludes that, although neither DiLeo's acceptance of

DATE OF ENTRY
MAR 2 3 2001

1

the $18,951.04 tender on November 30, 1999, nor his lack of standing to prosecute the claims he has asserted on behalf of the putative class deprives this Court of jurisdiction to adjudicate either (a) DiLeo's individual claim under La R.S. 22:1220 for statutory damages and/or penalties for Liberty Fire's failure to pay the undisputed portion of his total loss claim ($7,841.13) on or before July 21, 1999, or (b) his individual claim under La R.S. 22:658 for reasonable attorneys' fees incurred in his prosecution of his individual claim under La R.S. 22:1220, DiLeo has stipulated to the dismissal of those individual claims with prejudice. It is, therefore,

ORDERED, ADJUDGED, AND DECREED that all of the claims alleged in DiLeo's Second Amended Complaint save and except his individual claim for statutory damages and/or penalties for Liberty Fire's failure to pay the undisputed portion of his total loss claim on or before July 21, 1999, and his claim for attorneys' fees incurred in his prosecution of his individual claim for such statutory damages and/or penalties are hereby dismissed for lack of a justiciable case or controversy, without prejudice to the assertion of those claims by other policyholders of Liberty Fire; and it is further

ORDERED, ADJUDGED, AND DECREED that DiLeo's individual claim for statutory damages and/or penalties for Liberty Fire's failure to pay the undisputed portion of his total loss claim on or before July 21, 1999, and his individual claim for attorneys' fees incurred in his prosecution of his individual claim for such statutory damages and/or penalties are hereby dismissed with prejudice; and it is further

ORDERED, ADJUDGED, AND DECREED that each party shall bear its own costs; and, it is further

ORDERED, ADJUDGED, AND DECREED that notice of the foregoing dismissals need not be given to members of any putative class.

Signed this 22 day of March, 2001.

                                              Mary Ann Vial Lemmon
                                              United States District Judge

AGREED AS TO FORM AND CONTENT:

_____
W. Shelby McKenzie, No. 10020
David M. Bienvenu, Jr., No. 20700
TAYLOR, PORTER, BROOKS
& PHILLIPS, L.L.P.
451 Florida Street, 8th Floor
P.O. Box 2471
Baton Rouge, Louisiana 70821
Telephone: (225) 387-3221
Facsimile: (225) 346-8049

Judy Y. Barrasso, No. 2814
Meredith A. Cunningham, No. 26465
STONE, PIGMAN, WALTHER
WITTMANN & HUTCHINSON, L.L.P.
546 Carondelet Street
New Orleans, Louisiana 70130-3588
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Robert C. Walters
Russell Yager
Keefe M. Bernstein
VINSON & ELKINS L.L.P.
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 220-7700
Facsimile: (214) 220-7716

*Attorneys for Defendants*

_____
Keith P. Richards, Bar No. 22564
RICHARDS LAW FIRM, a P.L.C.
521 Europe Street
Baton Rouge, Louisiana 70802
Telephone: (225) 334-9222
Facsimile: (225) 334-9290

Edward J. Walters, Jr., Bar No. 13214
Steven C. Thompson, Bar No. 14469
MOORE, WALTERS & THOMPSON, a P.L.C.
6513 Perkins Road
Baton Rouge, Louisiana 70808
Telephone: (225) 766-1100
Facsimile: (225) 767-4486

Richard C. Trahant, Bar No. 22653
Law Offices of Richard C. Trahant
808 North Causeway Boulevard
Metairie, Louisiana 70001
Telephone: (504) 831-4357
Facsimile: (504) 833-1329

Wendell H. Gauthier, Bar No. 5984
Scott LaBarre, Bar No. 17659
GAUTHIER, DOWNING, LABARRE,
BEISER & DEAN
3500 North Hullen Street
Metairie, Louisiana 70002
Telephone: (504) 456-8600
Facsimile: (504) 456-8624

David J. Maraldo, Bar No. 24541
DAVID J. MARALDO, a P.L.C.
4051 Veterans Blvd., Suite 208
Metairie, Louisiana 70002
Telephone: (504) 454-2769
Facsimile: (504) 454-3855

*Attorneys for Plaintiff*