FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 14 PM 3:09

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DR. VINCENT DILEO | * | |
| | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0101 |
| | * | |
| LIBERTY MUTUAL INSURANCE COMPANY | * | |
| | * | SECTION "S"(2) |
| | * | |

*******************************************************************************

### JOINT MOTION TO CONTINUE HEARING
### ON MOTION TO DISMISS VALUATION CLAIMS

**NOW INTO COURT,** through undersigned counsel of record, comes plaintiff, DR. VINCENT DILEO, and defendants, LIBERTY MUTUAL INSURANCE COMPANY and LIBERTY MUTUAL FIRE INSURANCE COMPANY, who jointly move the court for a continuance of defendants' Motion to Dismiss Valuation Claims for the following reasons:

1.

The hearing on the motion is currently set for March 21, 2001 at 10:00 a.m. before Judge Lemmon.

2.

The parties are discussing the potential amicable resolution of the pending motion.

Fee____
Process__
X___
48

3.

It will not be necessary for the court to decide the motion if the parties are able to resolve it amicably between them.

4.

The parties jointly desire to continue the March 21, 2001 hearing date in order to continue to attempt amicable resolution of the motion.

**WHEREFORE**, for the foregoing reasons, plaintiff, DR. VINCENT DILEO, and defendants, LIBERTY MUTUAL INSURANCE COMPANY and LIBERTY MUTUAL FIRE INSURANCE COMPANY, jointly move for a continuance of the March 21, 2001 hearing date on defendants' Motion to Dismiss Valuation Claims.

Respectfully submitted,

WENDELL H. GAUTHIER (Bar #5984)
SCOTT LABARRE (Bar #17659)
Gauthier, Downing, LaBarre, Beiser & Dean
3500 North Hullen Street
Metairie, Louisiana 70002
Phone: (504) 456-8600

RICHARD C. TRAHANT (Bar #22653)
808 North Causeway Boulevard
Metairie, Louisiana 70001
Phone: (504) 831-4357

KEITH P. RICHARDS (Bar #22564)
Richards Law Firm, APLC
521 Europe Street
Baton Rouge, Louisiana 70802

Phone: (225) 334-9222

STEVEN C. THOMPSON (Bar #14469)
Moore, Walters & Thompson
6513 Perkins Road
Baton Rouge, Louisiana 70808
Phone: (504) 766-1100

DAVID J. MARALDO (Bar #24541)
4051 Veterans Boulevard, Suite 208
Metairie, Louisiana 70002
Phone: (504) 454-2769
**ATTORNEYS FOR PLAINTIFF, DR. VINCENT DILEO**


_Russell Yager_
RUSSELL YAGER
ROBERT C. WALTERS
KEEFE M. BERNSTEIN
Vinson & Elkins, L.L.P.
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Phone: (214) 220-7700

DAVID M. BIENVENU, JR. (Bar #20700)
W. SHELBY MCKENZIE (Bar #10020)
Taylor, Proter, Brooks & Phillips, L.L.P.
451 Florida Street, 8th Floor
P.O. Box 2471
Baton Rouge, Louisiana 70821
Phone: (225) 387-2221

JUDY Y. BARRASSO (Bar #2814)
MEREDITH A. CUNNINGHAM (Bar #26465)
Stone, Pigman, Walther, Wittmann
 & Hutchinson, L.L.P.
546 Carondelet Street
New Orleans, Louisiana 70130

Phone: (504) 581-3200

**ATTORNEYS FOR DEFENDANTS, LIBERTY MUTUAL INSURANCE COMPANY and LIBERTY MUTUAL FIRE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties via telefax, hand delivery, or by depositing same in the U.S. Mail, postage prepaid, this 14th day of March, 2001.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DR. VINCENT DILEO | * | |
| | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0101 |
| | * | |
| LIBERTY MUTUAL INSURANCE | * | |
| COMPANY | * | SECTION "S"(2) |
| | * | |

*******************************************************************************

## ORDER

**CONSIDERING THE FOREGOING,**

It is hereby ordered that the Joint Motion to Continue Hearing on Motion to Dismiss Valuation Claims be and hereby is **GRANTED**.

**NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2001.

_____
**UNITED STATES DISTRICT COURT JUDGE**